**No. 48809.**—Protest 596106–G of Favorite Panama Hat Co. (New York).

Opinion by Tilson, J. The record showed that certain of the items consist of hats known as harvest hats, similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the claim at 25 percent under paragraph 1504 (b) (5) was sustained as to this item.